AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. Section 641 - Theft of Government Property (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ ROSALIND MATHEWS

DISTRICT COURT NUMBER
CR08-0097 WDB

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Office of the Inspector General, Social Security Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Joseph P. Russoniello

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Maureen C. Bessette

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or: if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
1623 Fairview Street, Apt. 8; Berkeley, CA 94703-2361

Date/Time: March 17, 2008; 10 am     Before Judge: Brazil

Comments:

E-filing

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4                                                       FILED
5                                                    FEB 25 2008
                                                  RICHARD W. WIEKING
6                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
7                                                      OAKLAND

8
9                      UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                           OAKLAND DIVISION

12  UNITED STATES OF AMERICA,         )   No.   CR08-0097 WDB
13            Plaintiff,              )
                                      )   VIOLATION: Title 18, United States Code,
14        v.                          )   Section 641 - Theft of Government Property
                                      )   (Class A Misdemeanor)
15  ROSALIND MATHEWS,                 )
                                      )
16            Defendant.              )   OAKLAND VENUE
                                      )
17

18
19                              INFORMATION

20  The United States Attorney charges:

21      On or about and between December 2005 and December 2007, in the Northern District of

22  California, the defendant,

23                            ROSALIND MATHEWS,

24  did knowingly embezzle, steal, purloin, and convert to her own use money of the United States or

25  a department and agency thereof, to wit: Social Security benefits that were paid to her deceased

26  father after his death, and did receive, conceal, and retain such money with the intent to convert it

27  to her gain, knowing it to have been embezzled, stolen, purloined, and converted, in

28  ///

    INFORMATION

1 | violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

3 | DATED: February 25, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form): _____
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION