JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone:  (510) 637-3680
  Fax:  (510) 637-3724
  Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.    CR-08-0097 WDB |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| ROSALIND MATHEWS, ) | |
|     Defendant. ) | |

   Based on the facts set forth in the Declaration of Sarala V. Nagala in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Rosalind Mathews, 1623 Fairview Street Apt. 8, Berkeley, CA, 94703-2361.  The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

Dated:  2-26-2008                               /s/
                                            MAUREEN BESSETTE
                                            Assistant United States Attorney