JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone:  (510) 637-3680
   Fax:  (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.  CR-08-0097 WDB |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | **DECLARATION OF SARALA V. NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| ROSALIND MATHEWS, | ) | |
|     Defendant. | ) | |

I, Sarala V. Nagala, hereby declare as follows:

1. I am Law Clerk assigned to this case. I have received the following information from agents employed by the Social Security Administration Office of the Inspector General (SSA/OIG) and from reports and other documents provided to me by the SSA/OIG.

2. On December 12, 2005, the defendant's father, Ronald Leighton, died.

3. After Leighton's death, the SSA/OIG fraud hotline received a call alleging that Rosalind Mathews was stealing her dead father's Social Security benefits. Special Agent Robb Stickley contacted the Berkeley, California, SSA office and had Ronald Leighton's monthly social security payments terminated. The loss to the government was computed at $24,498. The

United States Treasury Department attempted to reclaim the money from Ronald Leighton's bank account but was unsuccessful.

4. On November 16, 2007, Special Agent Stickley was able to contact Rosalind Mathews at her home. She vehemently denied that she had ever received any of her father's social security benefits.

5. On November 21, 2007, SSA/OIG requested a subpoena for the records of Ronald Leighton's bank account. The bank account address had been changed to Rosalind Mathews' Berkeley, CA residence. All of the bank transactions between December 2005 and December 2007 occurred in the San Francisco Bay area, many just a few blocks from Mathews' residence. Additionally, SSA/OIG was able procure three photographs from ATM machines when withdrawals were made from Ronald Leighton's bank account. In one of these transactions on July 14, 2007, the person using the account is clearly Rosalind Mathews. In the two other photographs, the person appears to be Mathews but low lighting prevents a perfect identification.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed February 26, 2008 at Oakland, California.

DATED: 2/26/2008                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    _____/s/_____
                                    SARALA V. NAGALA
                                    Law Clerk
                                    United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-2-