JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ROSALIND MATHEWS,<br><br>　　　Defendant. | Case No.　　CR-08-0097 WDB<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

　　Having reviewed the Declaration of Sarala V. Nagala, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Rosalind Mathews, 1623 Fairview Street, Apartment 8, Berkeley, CA 94703-2361, to appear on March 17, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

　　IT IS SO ORDERED.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER FOR SUMMONS