# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**ROSALIND MATHEWS**<br>1623 Fairview Street<br>Apartment 8<br>Berkeley, CA  94703-2361<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>CASE NUMBER:  CR-08-0097-WDB<br><br>**FILED**<br>MAR 2 6 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place  United States District Court, Northern District of California<br>1301 Clay Street<br>Oakland, CA  94612 | Room<br>Courtroom 4<br>Third Floor |
|---|---|
| | Date and Time<br>MONDAY, MARCH 17, 2008<br>10:00 a.m. |
| Before:  **UNITED STATES MAGISTRATE JUDGE WAYNE D. BRAZIL** | |

To answer a(n)
☐ Indictment   ☒ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __641__

Brief description of offense:  Theft of Government Property

If you have an attorney, report to Room 150C, First Floor, United Statues Courthouse, 1301 Clay Street, Oakland, California 45 minutes prior to going to court.

If you do not have an attorney, report to the Federal Public Defender's Office, 555 12th Street, Suite 650, Oakland, California, by 9:00 a.m. on the date of your court appearance. Before leaving the courthouse, you must also report to Room 150C on the First Floor.

_(signature)_
Signature of Issuing Officer

**Ivy L. Garcia, Deputy Clerk**
Name and Title of Issuing Officer

**February 27, 2008**
Date

| | |
|---|---|
| Service was made by me on:[1] | Date 3/20/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 4 ADMIRAL DRIVE EMERYVILLE, CA

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/20/08
            Date

Name of United States Marshal

_[signature]_, SA, SSA-OIG
(by) Deputy United States Marshal

Remarks: SERVED PERSONALLY UPON DEFENDANT'S ATTORNEY EDWARD BELL BY ROBB STICKLEY SPECIAL AGENT, SOCIAL SECURITY ADMINISTRATION.

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.