1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Chief, Oakland Branch

4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant U.S. Attorney
5

6    1301 Clay Street, Suite 340S
     Oakland, California 94612
7    Telephone: (510) 637-3680
     Fax: (510) 637-3724
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13
                                            )
14 UNITED STATES OF AMERICA,                )
                                            )   Case No. CR-08-0097-WDB
15         Plaintiff,                       )
                                            )
16     v.                                   )   **MOTION FOR BENCH WARRANT**
                                            )
17 ROSALIND MATHEWS,                        )
                                            )
18                                          )
           Defendant.                       )
19 _____ )

20        Based on the facts set forth in the Declaration of Sarala V. Nagala, the United States

21 moves for the issuance of a bench warrant for the defendant Rosalind Mathews.  The facts

22 contained in the declaration establish that the defendant has failed to appear in court for an initial

23 appearance on three occasions despite receiving notice.  The facts further establish that there is

24 probable cause to believe that the defendant, Rosalind Mathews, has committed the crimes with

25 which she has been charged.

26 //

27 //

28 //

MOTION FOR BENCH WARRANT
CR-08-0097-WDB

1   Thus, the United States respectfully requests that the Court issue an arrest warrant with bail set
2   in the amount of $25,000 for Rosalind Mathews, in order to assure her appearance in court.
3
4                                               Respectfully submitted,
5                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
6
7   Dated:   4/15/08                                       /s/
                                                MAUREEN C. BESSETTE
8                                               Assistant U.S. Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR BENCH WARRANT
CR-08-0097-WDB

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Oakland Branch

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant U.S. Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3691
Fax: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSALIND MATHEWS,<br><br>　　　　Defendant. | Case No. CR-08-0097-WDB<br><br>Violations: 18 U.S.C. 641 - Theft of Public Money, Property, or Records (Class A Misdemeanor)<br><br>**DECLARATION OF SARALA V. NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR BENCH WARRANT** |

I, Sarala V. Nagala, hereby declare as follows:

1. I am Law Clerk assigned to this case. I have received the following information from agents employed by the Social Security Administration Office of the Inspector General (SSA/OIG) and from reports and other documents provided to me by the SSA/OIG.

2. On December 12, 2005, the defendant's father, Ronald Leighton, died.

3. After Leighton's death, the SSA/OIG fraud hotline received a call alleging that Rosalind

DECLARATION OF SARALA V. NAGALA IN SUPPORT OF UNITED STATES' MOTION
FOR BENCH WARRANT
CR-08-0097-WDB

Mathews was stealing her dead father's Social Security benefits. Special Agent Robb Stickley contacted the Berkeley, California, SSA office and had Ronald Leighton's monthly social security payments terminated. The loss to the government was calculated. The United States Treasury Department attempted to reclaim the money from Ronald Leighton's bank account but was unsuccessful.

4. On November 16, 2007, Special Agent Stickley was able to contact Rosalind Mathews at her home. She vehemently denied that she had ever received any of her father's social security benefits.

5. On November 21, 2007, SSA/OIG requested a subpoena for the records of Ronald Leighton's bank account. The bank account address had been changed to Rosalind Mathews' Berkeley, CA residence. All of the bank transactions between December 2005 and December 2007 occurred in the San Francisco Bay area, many just a few blocks from Mathews' residence. Additionally, SSA/OIG was able procure three photographs from ATM machines when withdrawals were made from Ronald Leighton's bank account. In one of these transactions on July 14, 2007, the person using the account is clearly Rosalind Mathews. In the two other photographs, the person appears to be Mathews but low lighting prevents a perfect identification.

6. A summons was issued for Rosalind Mathews on February 27, 2008, for an initial appearance on March 17, 2008. Mathews failed to appear. I was able to reach her attorney, Ed Bell, who agreed to accept service of this second summons on his client's behalf for the new initial appearance date of April 4, 2008. Mathews again failed to appear.

7. The matter was put over until April 15, 2008. Mathews failed to appear for the third time.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed April 16, 2008, at San Francisco, California.

                                         /s/
                                         SARALA V. NAGALA
                                         Law Clerk, United States Attorney's Office

DECLARATION OF SARALA V. NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR BENCH WARRANT
CR-08-0097-WDB

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Chief, Oakland Branch
4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant U.S. Attorney
5
6   1301 Clay Street, Suite 340S
    Oakland, California 94612
7   Telephone: (510) 637-3680
    Fax: (510) 637-3724
8
   Attorneys for Plaintiff
9
10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       OAKLAND DIVISION
13                                    )   Case No.  CR-08-0097-WDB
   UNITED STATES OF AMERICA,          )
14                                    )
        Plaintiff,                    )   **ORDER FOR WARRANT**
15                                    )
        v.                            )
16                                    )
   ROSALIND MATHEWS,                  )
17                                    )
        Defendant.                    )
18  _____    )
19
20      Good cause appearing, it is hereby ordered that a bench warrant with bail set in the amount
21  of $25,000 shall immediately issue for the arrest of the defendant, Rosalind Mathews.  This
22  Order is based on a finding by this Court that the facts set forth in the attached Declaration of
23  Sarala V. Nagala demonstrate probable cause that the defendant has committed the crimes with
24  which she is charged, and that previous efforts by the government to obtain the defendant's
25  appearance in court by giving notice have been unsuccessful.  In light of these unsuccessful
26  //
27  //
    //
28

ORDER FOR WARRANT
CR-08-0097-WDB

1 | efforts to procure the defendant's appearance by other means, this Court finds that a bench
2 | warrant is necessary to secure the defendant's appearance in court on this charge.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated: _____          WAYNE D. BRAZIL
                                        United States Magistrate Judge

ORDER FOR WARRANT
CR-08-0097-WDB