1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Chief, Oakland Branch
4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant U.S. Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3680
      Fax: (510) 637-3724
8
   Attorneys for Plaintiff
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION
13  UNITED STATES OF AMERICA,          )   Case No.  CR-08-00097-WDB
                                       )
14         Plaintiff,                  )   **ORDER FOR WARRANT**
                                       )
15    v.                               )
                                       )
16  ROSALIND MATHEWS,                  )
                                       )
17         Defendant.                  )
                                       )
18
19
20      Good cause appearing, it is hereby ordered that a bench warrant with bail set in the amount

21  of $25,000 shall immediately issue for the arrest of the defendant, Rosalind Mathews.  This

22  Order is based on a finding by this Court that the facts set forth in the attached Declaration of

23  Sarala V. Nagala demonstrate probable cause that the defendant has committed the crimes with

24  which she is charged, and that previous efforts by the government to obtain the defendant's

25  appearance in court by giving notice have been unsuccessful.  In light of these unsuccessful

26  //
27  //
28  //

ORDER FOR WARRANT
CR-08-0097-WDB

1  efforts to procure the defendant's appearance by other means, this Court finds that a bench
2  warrant is necessary to secure the defendant's appearance in court on this charge.
3
4  IT IS SO ORDERED.
5
6  Dated:  April 17, 2008
   _____
   WAYNE D. BRAZIL
   United States Magistrate Judge

ORDER FOR WARRANT
CR-08-0097-WDB