**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 16, 2008

<u>VIA FACSIMILE (510) 637-3545</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**United States v. Rosalind Matthews, CR 08-00097 WDB**
**RE: Request to continue matter from July 18, 2008 to July 23, 2008**

Dear Judge Brazil :

I am writing to ask that this matter, which is currently on Your Honor's calendar for status on Friday, July 18, 2008, be continued to Wednesday, July 23, 2008, for consent, change of plea and sentencing. I have spoken to the United States Attorney's Office law clerk Josh Fryday who is assigned to this case. He is available on Wednesday, July 23, 2008 should the matter be continued to that date.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

/S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:   Josh Fryday, law clerk
      Maureen Bessette, AUSA
      US Pretrial Services