08/25/2008 01:00 PM EST  Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|

Case No. DCAN408CR000097    US VS MATHEWS

| 001 | ROSALIND MATHEWS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002518 | 1 | PR | 25.00 | 08/20/2008 |

Division Payment Total    25.00

Grand Total    25.00

$ 25.00  SPECIAL ASSESSMENT
         PAID IN FULL

6m  8/20/08

Page 1 of 1